Priority ___
Send  X
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES - GENERAL</u>

Case No: CV-02-6557-MMM(RZx)           Date: SEPTEMBER 30, 2002

Title: IN RE SUBPOENAS SERVED ON PAUL DOUGHERTY, ETC.
===============================================================================
DOCKET ENTRY:
===============================================================================

PRESENT: <u>HON. RALPH ZAREFSKY, UNITED STATES MAGISTRATE JUDGE</u>

<u>Ilene Bernal</u>                              <u>CV02-28</u>
Deputy Clerk                                Tape No.

<u>ATTORNEY PRESENT FOR PLAINTIFF</u>      <u>ATTORNEY PRESENT FOR DEFENDANT</u>

Christopher D. Catalano               Steven Bergman

PROCEEDINGS: MOTION OF VISX, INCORPORATED TO COMPEL PRODUCTION OF DOCUMENTS


Motion to compel is denied without prejudice.



OCT - 3 2002

cc: The Honorable Margaret M. Morrow
    parties

MINUTES FORM 11                               Initials of Deputy Clerk
CIVIL-GEN                                                     igb